```
 1  SULLIVAN LAW
    A Professional Corporation
 2  J. D. SULLIVAN, CA Bar No. 98057
    GENE KAUFMANN, CA Bar No. 181355
 3  1625 Highway 88, Suite 401
    Minden, Nevada 89423
 4
    Telephone:  (775) 782-6915
 5  Telecopier: (775) 782-3439

 6  Attorneys for Plaintiff,
    TIMOTHY R. STOLL DDS, LLC
 7
```

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| TIMOTHY R. STOLL DDS, LLC, a Nevada limited liability company, | **No.: 2:12-cv-00694-MCE-GGH** |
| Plaintiff, | **ORDER ON REQUEST FOR TELEPHONIC APPEARANCE** |
| vs. | |
| JANA NEY WALKER aka Jan N. Walker, aka Jana Walker-Spano, an individual dba Lakefront Wedding Chapel, etc., | **Date:    May 3, 2012** |
| | **Time:    2:00 p.m.** |
| Defendants. | **Place:   Courtroom 7** |
| _____/ | **Hon. Morrison C. England, Jr.** |

    Plaintiff TIMOTHY R. STOLL DDS, LLC's Request to Appear Telephonically for the May 3, 2012 Motion for Summary Judgment Hearing, having come on regularly for hearing, and GOOD CAUSE EXISTING, NOW, THEREFORE, IT IS HEREBY ORDERED:

///

///

Order on Motion for Summary Judgment

1    Plaintiff may appear telephonically at said hearing.
2 The court will call Plaintiff's counsel at (775) 782-6915, 5-10
3 minutes prior to the start of the hearing.
4    IT IS SO ORDERED.

Dated: April 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Order on Motion for Summary Judgment    **2**