1  SULLIVAN LAW
   A Professional Corporation
2  J. D. SULLIVAN, CA Bar No. 98057
   GENE KAUFMANN, CA Bar No. 181355
3  1625 Highway 88, Suite 401
   Minden, Nevada 89423
4
   Telephone:  (775) 782-6915
5  Telecopier: (775) 782-3439

6  Attorneys for Plaintiff,
   TIMOTHY R. STOLL DDS, LLC
7

8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13

14 TIMOTHY R. STOLL DDS, LLC, a          **No.:  2:12-cv-00694-MCE-GGH**
   Nevada limited liability
15 company,
                                          **ORDER ON REQUEST FOR TELEPHONIC**
16              Plaintiff,                **APPEARANCE**

17       vs.

18 JANA NEY WALKER aka Jan N.             **Date:    May 3, 2012**
   Walker, aka Jana Walker-Spano,
19 an individual dba Lakefront            **Time:    2:00 p.m.**
   Wedding Chapel, etc.,
20                                        **Place:   Courtroom 7**
                Defendants.
21 _____/        **Hon. Morrison C. England, Jr.**

22

23      Plaintiff TIMOTHY R. STOLL DDS, LLC's Request to Appear

24 Telephonically for the May 3, 2012 Motion for Summary Judgment

25 Hearing, having come on regularly for hearing, and GOOD CAUSE

26 EXISTING, NOW, THEREFORE, IT IS HEREBY ORDERED:

27 ///

28 ///

Order on Motion for Summary Judgment

1     Plaintiff may appear telephonically at said hearing.
2 The court will call Plaintiff's counsel at (775) 782-6915, 5-10
3 minutes prior to the start of the hearing.
4     IT IS SO ORDERED.

Dated: April 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Order on Motion for Summary Judgment   **2**