1  SULLIVAN LAW
   A Professional Corporation
2  J. D. Sullivan, State Bar No. 98057
   Gene Kaufmann, State Bar No. 181355
3  1625 Highway 88, Suite 401
   Minden, Nevada 89423
4
   Telephone:  (775) 782-6915
5  Facsimile:  (775) 782-3439

6  Attorneys for Plaintiff,
   TIMOTHY R. STOLL DDS, LLC
7
   FELDMAN McLAUGHLIN THIEL LLP
8  Lewis S. Feldman, State Bar No. 68877
   Kara L. Thiel, State Bar No. 244370
9  178 U.S. Highway 50, Suite B
   Post Office Box 1309
10 Zephyr Cove, NV 89448

11 Telephone:  (775) 580-7431
   Facsimile:  (775) 580-7436
12
   Attorneys for Defendant,
13 JANA NEY WALKER

14

15                   UNITED STATES DISTRICT COURT

16                   EASTERN DISTRICT OF CALIFORNIA

17

18 TIMOTHY R. STOLL DDS, LLC, a        **No.:  2:12-cv-00694-MCE-GGH**
   Nevada limited liability
19 company,
                                       **STIPULATION AND ORDER FOR**
20                    Plaintiff,       **DISMISSAL OF ACTION WITHOUT**
                                       **PREJUDICE**
21        vs.

22 JANA NEY WALKER aka Jan N.
   Walker, aka Jana Walker-Spano,
23 an individual dba Lakefront
   Wedding Chapel, etc.,
24
                      Defendants.
25 _____/

26

27 ///

28 ///

STIPULATION FOR DISMISSAL

1  Come now the parties, by and through their counsel of
2  record, and hereby dismiss the within action, without prejudice.
3  The parties do not hereby waive any rights either may have to
4  seek attorney's fees and costs in this action.

5  Dated: April 27, 2012          SULLIVAN LAW
                                  A Professional Corporation

                                  By: /s/ J. D. Sullivan
                                      Attorneys for Plaintiff,
                                      TIMOTHY R. STOLL DDS, LLC

10 Dated: April 20, 2012          FELDMAN McLAUGHLIN THIEL LLP

                                  By: /s/ Kara L. Thiel
                                      Attorneys for Defendant
                                      JANA NEY WALKER

17  IT IS SO ORDERED.  The matter having been resolved, the
18 Clerk of Court is directed to close the file.

Dated: April 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL